UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00484-MOC

| | |
|---|---|
| **ILDEFONOSO MADRID FLORES,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on the respondent's Motion for Leave to Obtain Transcripts of Attorney-Inquiry Hearings and Motion for Extension of Time. Having considered the respondent's motion and reviewed the pleadings, and finding that petitioner has waived the privilege by asserting ineffective assistance of counsel, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion for Leave to Obtain Transcripts of Attorney-Inquiry Hearings (#6) is GRANTED and Motion for Extension of Time (#7) is GRANTED, and the respondent is allowed an additional 30 days within which to file its Answer or otherwise Respond to the petition.

Signed: January 25, 2016

Max O. Cogburn Jr.
United States District Judge